MARY BOYTON v. GOURMET BAKERS, INC.

January 20, 1981.

Petition for certification denied.

ABE GAYNES v. TOWNSHIP OF EDISON.

January 20, 1981.

Petition for certification denied.

IN THE MATTER OF LOVELADIES HARBOR, INC.

January 20, 1981.

Petition for certification denied.   (See 176 *N.J.Super.* 69)

ARTHUR NORTHRUP v. CITY OF PLEASANTVILLE.

January 20, 1981.

Petition for certification. denied.